IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIDEL CLARK,<br>    Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 24-CV-6131 |
| COMMONWEALTH OF<br>PENNSYLVANIA,<br>    Defendant. | : | |

## ORDER

AND NOW, this 24th day of February, 2025, upon consideration of Plaintiff Fidel Clark's Motions to Proceed *In Forma Pauperis* (ECF Nos. 6, 8), it is **ORDERED** that:

1. Clark's Motions to Proceed *In Forma Pauperis* are **DENIED** pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. If Clark seeks to proceed with this case, he shall remit $405 to the Clerk of Court within thirty (30) days of the date of this Order. Any money that Clark pays toward the fees is not refundable, even if this case is dismissed.

3. In the event Clark pays the $405 fee, the Clerk shall not issue summonses until so **ORDERED**, so that the Court may screen the Complaint pursuant to 28 U.S.C. § 1915A.

4. If Clark fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

_____
KAI N. SCOTT, J.